**Appeal Dismissed and Memorandum Opinion filed September 25, 2018**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00581-CR

**CRAIG  DOUGHTY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 78393-CR**

## M E M O R A N D U M   O P I N I O N

Appellant pleaded guilty to one count of sexual assault of a child, criminal episode, and two counts of aggravated sexual assault of a child, criminal episode. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to 25 years' imprisonment for the first count and 25 years' total for the second and third counts, with the sentences to run concurrently. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in

which the court certified that this is a plea bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Donovan, Wise, and Jewell.

Do Not Publish — Tex. R. App. P. 47.2(b)